IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SAMUEL KC WILLIAMS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:14-CV-63-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS | : | |
| ENFORCEMENT, *et al.*, | : | |
| | : | |
| Respondents. | : | |

_____

## ORDER

On April 28, 2014, Petitioner filed the current federal habeas corpus petition pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioner also filed a motion for leave to proceed in this action *in forma pauperis* (IFP). (ECF No. 2.) Petitioner was ordered to refile his IFP application and did so on May 5, 2014. (ECF No. 5.) Based on the representations contained in Petitioner's second IFP motion, the Court finds that he is unable at this time to pay the required filing fee. Therefore, his second motion for leave to proceed IFP is GRANTED.

Therefore, a copy of the petition and a copy of this Order shall now be served on Respondents by the United States Marshal's Service. Respondents shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order. Respondents shall also respond to the Petitioner's other pending motions at that time. Petitioner is notified that a failure to keep the Court apprised of any change in his address may result in a dismissal for his failure to prosecute this action.

Case 7:14-cv-00063-HL-MSH   Document 9   Filed 05/21/14   Page 2 of 2

2

SO ORDERED, this 21st day of May, 2014.

                                          /s/Stephen Hyles
                                          UNITED STATES MAGISTRATE JUDGE