IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SAMUEL KC WILLIAMS, : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | CASE NO. 7:14-CV-63 (HL) |
| : | |
| : | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| : | |
| Defendant : | |
| : | |

### ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.46) filed October 20, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 21st day of November, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**